IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BOBBY J. WILSON                                                                                    PLAINTIFF

VS.                                                                        CIVIL ACTION NO. 1:09-CV-00068-DAS

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                              DEFENDANT

## ORDER AWARDING ATTORNEY'S FEES

Before the court is the claimant's motion (# 20) for payment of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In these proceedings, the claimant sought judicial review of the final decision of the Commissioner of Social Security, denying a claim for Social Security Disability and Supplemental Security Income benefits. By Order (# 19) dated July 30, 2009, the court remanded this case to the Commissioner for further proceedings. The claimant now seeks attorney fees under the EAJA on the ground that the Commissioner's position was not "substantially justified." By the motion and attached exhibits, the claimant requests an award in the total amount of $8,190.62, which represents 46 hours of attorney time at $178.06 per hour and $350.00 in costs for the filing fee for this action. The parties have agreed to settle the matter of attorney's fees for $6,900.000. Further, the Commissioner agrees that the claimant should be reimbursed $350.00 for the filing fee from the Judgment Fund.

The court, having considered the foregoing and the record of this case, finds the agreed to amount of attorney's fees is reasonable and appropriate and that the claimant should also be reimbursed the requested amount in costs. Therefore, it is

**ORDERED** that the claimant's motion for payment of attorney's fees under the EAJA is hereby **GRANTED**, and the Commissioner shall pay the claimant $6,900.00 in attorney's fees.

**IT IS FURTHER ORDERED** that the claimant is hereby awarded $350.00 which is to be paid from the Judgment fund.

**THIS,** the 16th day of September, 2009.

/s/ David A. Sanders
**U. S. MAGISTRATE JUDGE**